JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA CASTILLO, an individual, | Case No. 2:23-cv-07206 AB(CJx) |
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION** |
| v. | |
| INDOCHINO APPAREL (US) INC., a Delaware corporation; and DOES 1–10, Inclusive, | |
| Defendant. | |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  November 6, 2023

_____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE